No. 80–775. CIAFFONI ET AL. *v.* COWDEN ET AL. Sup. Ct. Pa. Certiorari denied.

No. 80–787. DINKIN *v.* GANEA ET AL. C. A. 2d Cir. Certiorari denied.

No. 80–790. HAZARD *v.* HAZARD. Ct. App. N. C. Certiorari denied.

No. 80–796. ZICARELLI *v.* DIETZ, CHAIRMAN, NEW JERSEY PAROLE BOARD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 80–799. MASELLI *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 80–800. BIOMETRIC AFFILIATED RESEARCH LABORATORIES, INC., ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–803. GREENAWALT ET AL. *v.* PAWLAK ET AL. C. A. 3d Cir. Certiorari denied.

No. 80–807. BLUMBERG ET AL. *v.* PRINCE GEORGE'S COUNTY, MARYLAND, ET AL. Ct. App. Md. Certiorari denied.

No. 80–811. LONG ET AL. *v.* ARCELL ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–825. BITHONEY *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 80–826. TINARI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.